UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| HERMAN STEWART, ET AL | * | CIVIL ACTION NO. 5:06CV2266 |
| VERSUS | * | JUDGE HICKS |
| WHIRLPOOL CORPORATION | * | MAGISTRATE JUDGE HORNSBY |

### ORDER

The foregoing Joint Motion considered,

IT IS ORDERED that this matter is dismissed in its entirety with prejudice.

THUS DONE AND SIGNED in Shreveport, Louisiana, this ___30___ day of October_____, 2007.

_____
MAGISTRATE JUDGE